# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**



| | | |
|---|---|---|
| **TOMMY NGUYEN, PAULUS NIEKDAM, and LOC TRAN, Individually and on Behalf of All Others Similarly Situated,** | § | |
| **Plaintiffs,** | § | **Civil Action No. 3:13-CV-04689-D** |
| | § | |
| **V.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **VERSACOM, LLC; MUHAMMAD AL-AMIN, Individually; AFREEN AL-AMIN, Individually** | § | |
| **Defendants.** | § | |

## AGREED FINAL JUDGMENT

On this 6th day of February, 2017, the Court considered the above-referenced case. The Court, after considering the record and the agreement of the parties, as evidenced by the signature of their respective counsel below, finds that Judgment should be rendered as set forth below.

It is therefore ORDERED, ADJUDGED, and DECREED that Tommy Nguyen, Paulus Niekdam, and Loc Tran, Individually and on behalf of all others similarly situated ("Plaintiffs") have an recover judgment of and from Versacom, LLC, Muhammad Al-Amin, individually, and Afreen Al-Amin, individually (collectively "Defendants") jointly and severally as follows:

1. Judgment in the amount of $1,500,000.00;
2. Prejudgment interest on the judgment at the rate of 5% from November 26, 2013 until the date of this Judgment; and

3. Post-judgment interest on the total amount of the Judgment at the rate of 5%, compounded annually, from the date this judgment is entered until all amounts are paid in full.

All relief not expressly granted herein is hereby denied. This Agreed Final Judgment finally disposes of all parties and claims and is appealable.

SIGNED this 6th day of February, 2017.

JUDGE PRESIDING

Sidney A. Fitzwater
United States District Judge
Northern District of Texas

**APPROVED AS TO FORM AND CONTENT:**

By: ______________________________

Lu Pham
State Bar No. 15895430
lpham@dphllp.com
Caroline C. Harrison
State Bar No. 24046034
charrison@dphllp.com
Antonio U. Allen
State Bar No. 24069045
aallen@dphllp.com

DOWELL PHAM HARRISON, LLP
505 Pecan Street, Suite 101
Fort Worth, Texas 76102
(817) 632-6300
(817) 632-6313 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

By: ______________________________

Sean S. Modjarrad
State Bar No. 24027398
smodjarrad@modjarrad.com
Sarah M. Schechter
State Bar No. 24062987
sschechter@modjarrad.com
David Mizgala
State Bar No. 24031594
dmizgala@modjarrad.com
Jeff Shelton
State Bar No. 24011458
jshelton@modjarrad.com

MODJARRAD | ABUSAAD | SAID LAW FIRM
212 W. Spring Valley Road
Richardson, Texas 75081
Tel. (972) 789-1664
Fax (972) 789-1665

**ATTORNEYS FOR DEFENDANTS**

**PARTIES:**

______________________________
Tommy Nguyen
*Individually and on behalf of all others similarly situated*

______________________________
Paulus Niekdam
*Individually and on behalf of all others similarly situated*

______________________________
Loc Tran
*Individually and on behalf of all others similarly situated*

Versacom, LLC

By:______________________________

Title: PRESIDENT & CEO

______________________________
Muhammad Al-Amin
*Defendant*

______________________________
Afreen Al-Amin
*Defendant*